IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ZARKA GARROTT, BOP #03517-025**                                                     **PETITIONER**

**VERSUS**                                                  **CIVIL ACTION NO. 5:04CV297DCB-JCS**

**CONSTANCE REESE, Warden FCC-Yazoo City**                            **RESPONDENT**

## ORDER

It is hereby ordered that the Report and Recommendation in this action entered on October 21, 2006, is withdrawn.  It is further ordered that petitioner's motion to dismiss (docket entry number 11) is granted, and this action is dismissed without prejudice.

SO ORDERED, this the _10__ day of February, 2006.


_____s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE